THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY FRANKEWICH, Appellant, v. DANIEL McMANN, Warden, Respondent.— Appeal dismissed as academic. (See decision in *People* v. *Frankewich,* 33 A D 2d 982.) All concur; Gabrielli, J., not participating. (Appeal from judgment of Cayuga County Court dismissing writ of habeas corpus.) Present — Goldman, P. J., Witmer, Gabrielli, Moule and Henry, JJ.